

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shari-Ann Sasu*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*        main: (856) 757-5026
*Camden, NJ 08102*                    direct: (856) 968-4867
*Shari-Ann.Sasu@usdoj.gov*

July 2, 2026

**<u>Via ECF</u>**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Aguilar-Rivera v. Blanche, et al.*, No. 26-cv-05785-RK**
> **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of their detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1226(a). The Court's June 23, 2026 Text Order (ECF No. 4) ordered Respondents to provide a bond hearing within 7 days of the Order. Petitioner's counsel asked for additional time to speak to their client at the bond hearing and the Immigration Judge rescheduled the hearing to July 2, 2026. On July 2, 2026, an immigration judge denied bond. *See* Ex. 1 at 1 (July 2, 2026, Order of the Immigration Judge). Respondents therefore respectfully request the Court close this case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
U.S. Deputy Attorney General

By: _____
SHARI-ANN SASU
Assistant United States Attorney
*Attorneys for Defendants*

cc:    All counsel of record (*via ECF*)

So Ordered this __6th__ day of July, 2026.

_____
Robert Kirsch, U.S.D.J.